Judge: **Honorable Frederick P. Corbit**
**Chapter: 7**
**Hearing Location: Spokane/Yakima**
**Hearing Date: July 7, 2026**
**Hearing Time: 11:00 a.m.**
**Response Date: June 30, 2026**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re<br><br>VICTOR ALFONSO HERNANDEZ<br><br>And<br><br>ALISHA MICHELE HERNANDEZ<br><br>Debtors | Case No. 26-00897-FPC7<br><br>**MOTION FOR ORDER GRANTING LIMITED RELIEF FROM STAY REGARDING PENDING PERSONAL INJURY CLAIM** |

Comes now, Wilbert Rideout, by their respective counsel, and moves the Court for entry of an order granting limited relief from stay to liquidate the claim of Creditor, Wilbert Rideout, against the debtors, VICTOR ALFONSO HERNANDEZ and ALISHA MICHELE HERNANDEZ, up to and including entry of judgment but barring any attempt to collect the proceeds of a judgment from the debtors VICTOR ALFONSO HERNANDEZ and ALISHA MICHELE HERNANDEZ, or from the assets of VICTOR ALFONSO HERNANDEZ and ALISHA MICHELE HERNANDEZ, and to allow satisfaction of said claim solely from the proceeds of the State Farm Policy. Debtor, VICTOR ALFONSO HERNANDEZ, was driving on December 30, 2023, when a collision occurred, injuring Wilbert Rideout. This motion is based upon the files and records herein and the affidavit of DOUG WEINMASTER, trial lawyer, subjoined.



PHILLIPS LAW FIRM
BOTHELL CORPORATE OFFICE 1ST FLOOR
12100 NE 195TH ST, SUITE 150
BOTHELL, WA 98011
T: 425.482.1111 / F: 425.482.6653
LITIGATION@JUSTICEFORYOU.COM

Debtors, Victor Alfonso Hernandez and Alisha Michele Hernandez, are defendants in a civil personal injury case filed in King County Superior Court No. 25-2-25980-3 SEA. The debtor, Victor Alfonso Hernandez, was driving at the time he committed alleged negligent acts and was insured by State Farm Insurance Company.

On December 30, 2023, Wilbert Rideout was driving at the intersection of James and 6th in Seattle, King County, Washington, when he was unexpectedly side-struck by Debtor Victor A. Hernandez, who caused the collision and Mr. Rideout's injuries. Debtor, Victor A. Hernandez, was insured under an automobile policy with State Farm Insurance Company at the time of the motor vehicle accident.

Wilbert Rideout was occupying the vehicle in which Victor A. Hernandez collided and was injured in the collision. It is understood that Debtor, Victor A. Hernandez, has an insurance policy through State Farm Insurance available to satisfy any judgment entered against Debtors, Victor Alfonso Hernandez and Alisha Michele Hernandez.

Plaintiff, Wilbert Rideout, respectfully requests a relief from the automatic stay so they may proceed with litigation that was filed in 2025 in King County Superior Court.

DATED this 22nd day of June 2026.

PHILLIPS LAW FIRM

Douglas Weinmaster

Doug Weinmaster, WSBA #28225
*Attorney for Creditor, Wilbert Rideout*



**PHILLIPS LAW FIRM**
BOTHELL CORPORATE OFFICE 1ST FLOOR
12100 NE 195TH ST, SUITE 150
BOTHELL, WA 98011
T: 425.482.1111 / F: 425.482.6653
LITIGATION@JUSTICEFORYOU.COM

26-00897-FPC7 Doc 14 Filed 06/22/26 Entered 06/22/26 16:50:11 Pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy, except where noted, of the foregoing upon the individual(s) listed by the following means:

| | |
|---|---|
| Dalton Curt Cannon<br>Gravis Law, PLLC<br>503 Knight Street<br>Richland, WA 99352<br>509-392-7031<br>Email: dalton@gravislaw.com<br>*Attorney for Debtors, Victor Alfonso Hernandez and Alisha Michele Hernandez*<br><br>Matthew J Anderton<br>Anderton Firm<br>PO Box 711<br>Yakima, WA 98907<br>509-469-6648<br>manderton@charter.net<br>*Bankruptcy Trustee*<br><br>LEVY & ASSOCIATES<br>Lily Yee, WSBA # 49370 JARED R.<br>901 5th Avenue, Ste 830<br>Seattle, WA 98164<br>(206) 521-5000<br>E-Mail: lily.yee@statefarm.com<br>pcnw.law-lily-yee.472o15@statefarm.com<br>Attorney for Defendants Victor A. Hernandez and Alisha M. Hernandez | [ ] U.S. Postal Service (First Class)<br>[ ] Facsimile to<br>[ ] Express Mail<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[ ] E-Service<br>[X] E-Filed<br>[X] E-mailed:<br>[X] CM/ECF |

DATED: June 22, 2026

By: */s/ Emily A. Cox*
ecox@justiceforyou.com
litigation@justiceforyou.com



**PHILLIPS LAW FIRM**
BOTHELL CORPORATE OFFICE 1ST FLOOR
12100 NE 195TH ST, SUITE 150
BOTHELL, WA 98011
T: 425.482.1111 / F: 425.482.6653
LITIGATION@JUSTICEFORYOU.COM