**Judge: Honorable Frederick P. Corbit**
**Chapter: 7**
**Hearing Location: Spokane/Yakima**
**Hearing Date: October 6, 2026**
**Hearing Time: 11:00 a.m.**
**Response Date: July 7, 2026**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re<br><br>VICTOR ALFONSO HERNANDEZ<br><br>And<br><br>ALISHA MICHELE HERNANDEZ<br><br>Debtors | Case No. 26-00897-FPC7<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER GRANTING LIMITED RELIEF FROM STAY REGARDING PENDING PERSONAL INJURY CLAIM** |

PLEASE TAKE NOTICE THAT the Motion for Order Granting Limited Relief from Stay Regarding Pending Personal Injury Claim, filed by Creditor, Wilbert Rideout, is set for hearing as follows:

JUDGE: Honorable Frederick P. Corbit

PLACE: U.S. Bankruptcy Court
Eastern District of Washington
904 W. Riverside Avenue, 3rd Floor
Spokane, WA 99201

DATE: Tuesday, October 6, 2026

TIME: 11:00 A.M.

ZOOM: Zoomgov.com or (669) 254-5252
Meeting ID: 1606922376
https://www.zoomgov.com/j/1606922376



PHILLIPS LAW FIRM
BOTHELL CORPORATE OFFICE 1ST FLOOR
12100 NE 195TH ST, SUITE 150
BOTHELL, WA 98011
T: 425.482.1111 / F: 425.482.6653
LITIGATION@JUSTICEFORYOU.COM

26-00897-FPC7 Doc 30 Filed 09/17/26 Entered 09/17/26 16:35:43 Pg 1 of 3

DATED the 17th day of September 2026.

PHILLIPS LAW FIRM

Douglas Weinmaster

Doug Weinmaster, WSBA #28225
*Attorney for Creditor, Wilbert Rideout*



PHILLIPS LAW FIRM
BOTHELL CORPORATE OFFICE 1ST FLOOR
12100 NE 195TH ST, SUITE 150
BOTHELL, WA 98011
T: 425.482.1111 / F: 425.482.6653
LITIGATION@JUSTICEFORYOU.COM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a true and correct copy, except where noted, of the foregoing upon the individual(s) listed by the following means:

| | |
|---|---|
| Dalton Curt Cannon<br>Gravis Law, PLLC<br>503 Knight Street<br>Richland, WA 99352<br>509-392-7031<br>Email: dalton@gravislaw.com<br>*Attorney for Debtors, Victor Alfonso Hernandez and Alisha Michele Hernandez*<br><br>Matthew J Anderton<br>Anderton Firm<br>PO Box 711<br>Yakima, WA 98907<br>509-469-6648<br>manderton@charter.net<br>*Bankruptcy Trustee*<br><br>LEVY & ASSOCIATES<br>Lily Yee, WSBA # 49370 JARED R.<br>901 5th Avenue, Ste 830<br>Seattle, WA 98164<br>(206) 521-5000<br>E-Mail: lily.yee@statefarm.com<br>pcnw.law-lily-yee.472o15@statefarm.com<br>*Attorney for Defendants Victor A. Hernandez and Alisha M. Hernandez* | [X] U.S. Postal Service (First Class)<br>[ ] Facsimile to<br>[ ] Express Mail<br>[ ] Hand Delivery<br>[ ] Via Legal Messenger<br>[ ] E-Service<br>[X] E-Filed<br>[X] E-mailed:<br>[X] CM/ECF |

DATED: September 17, 2026.

By: */s/ Emily A. Cox*
Paralegal
ecox@justiceforyou.com
litigation@justiceforyou.com